An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DOUGLAS TODD LUND,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61604

**FILED**

SEP 18 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of lewdness with a minor under 14 years of age. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Appellant Douglas Lund contends that his plea canvass was inadequate as a matter of law because the district court did not request that he state the factual basis for the guilty plea or inquire whether he understood the elements of the charge to which he pleaded guilty. Lund cannot raise claims that attack the validity of his guilty plea for the first time on direct appeal. *Bryant v. State*, 102 Nev. 268, 272, 721 P.2d 364, 368 (1986), *limited by Smith v. State*, 110 Nev. 1009, 1010 n.1, 879 P.2d 60, 61 n.1 (1994). The record does not indicate that Lund challenged the validity of his guilty plea in district court; therefore, his claim is not appropriate for review on direct appeal from the judgment of conviction.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27704

*See O'Guinn v. State*, 118 Nev. 849, 851-52, 59 P.3d 488, 489-90 (2002). Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:   Hon. Kimberly A. Wanker, District Judge
      David H. Neely, III
      Nye County District Attorney
      Attorney General/Carson City
      Nye County Clerk